# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In Re:<br><br>Taylore A Humphries<br><br>*Debtor* | Case No.: 24-12171-MMH<br>Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION FOR DIRECT PAYMENT OF CHAPTER 13 PLAN PAYMENTS AND TO WAIVE WAGE ORDER

Upon consideration of the Debtor's Motion for Direct Payment of Chapter 13 Plan Payments and to Waive Wage Order, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED**, that should the Debtor default in making any timely plan payments to the Trustee; the Trustee is authorized to immediately request that the Court enter a wage garnishment order without further hearing or consideration.

cc: Debtor
 Debtor's Counsel
 Rebecca A. Herr – Chapter 13 Trustee
 U.S. Trustee

**END OF ORDER**