**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: | |
| **TAYLORE A. M. HUMPHRIES** | Case No. **24-12171-MMH** <br> Chapter 13 |
| Debtor | |

**TRUSTEE'S RESPONSE TO DEBTOR'S**
**MOTION TO WAIVE WAGE ORDER**

Rebecca A. Herr, Chapter 13 Trustee in the above-captioned case, consents herein to Debtor's Motion to Waive Wage Order, and states:

1) That the Debtor commenced this case under Chapter 13 on March 14, 2024.

2) That the Trustee is not opposed to the entry of an order allowing the Debtor to make direct plan payments conditioned upon the requirement that if one plan payment is missed, the Debtor waives the right to make direct payments and allows the Trustee to submit to the Court an immediate wage order directed to her employer without the requirement for further motion or hearing.

WHEREFORE, the Trustee moves this Honorable Court to grant the Debtor's Motion to Waive Wage Order with the condition that upon the failure of the Debtor to make one month's plan payment, the Debtor immediately waives the right to make direct payments and the Trustee is authorized to submit a wage order to the Court without further motion or hearing.

Date: July 29, 2024

Respectfully Submitted,

**/s/ Rebecca A. Herr**

Rebecca A. Herr
CHAPTER 13 TRUSTEE
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD  21401
RHERR@CH13MD.COM

## Certificate of Service

I hereby certify that on the 29th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Consent response will be served electronically by the Court's CM/ECF system on the following:

Eric S. Steiner info@steinerlawgroup.com, eric.steinerlawgroup.com@recap.email
(Debtor Attorney)

I hereby further certify that on the 29th day of July, 2024, a copy of the Consent was also mailed first class mail, postage prepaid to:

TAYLORE A. M. HUMPHRIES
5639 BELLE AVE.
GWYNN OAK, MD  21207
*Debtor*

**/s/ REBECCA A. HERR**

REBECCA A. HERR
CHAPTER 13 TRUSTEE