UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:
**TAYLORE A. M. HUMPHRIES**

Case No. **24-12171-MMH**
Chapter 13

Debtor

## ORDER GRANTING DEBTOR'S MOTION TO WAIVE WAGE ORDER

Upon consideration of the Motion by Debtor to allow direct plan payment to the Chapter 13 Trustee, the Trustee's response having been considered, and after opportunity for a hearing, and good cause having been shown, it is, by the United States Bankruptcy Court for the District Of Maryland,

**ORDERED**, that the Debtor's Motion is hereby granted with the condition that upon the failure of the Debtor to make one month's plan payment, the Debtor immediately waives the right to make direct payments and the Trustee is authorized to submit a wage order to the Court without further motion or hearing.

cc:   TAYLORE A. M. HUMPHRIES
      5639 BELLE AVE.
      GWYNN OAK, MD  21207
      *Debtor*

      ERIC S STEINER, ESQUIRE
      PO BOX 17598
      BALTIMORE, MD  21297
      *Attorney for Debtor*

REBECCA A. HERR
*Chapter 13 Trustee*
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401