Entered: July 31st, 2024
Signed: July 31st, 2024
**SO ORDERED**



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND**

In Re:

TAYLORE A. M. HUMPHRIES

Debtor

Case No. 24-12171-MMH
Chapter 13

**ORDER CONFIRMING PLAN**

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor(s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Chapter 13 Plan filed June 18, 2024, is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or the case is dismissed or otherwise terminated; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee the sum of $820.00 per month for two (2) months; then $800.00 per month for fifty-eight (58) months on or before the 13th day of each month for a total period of sixty (60) months or until all allowed claims are paid in full; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the Debtor that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the Debtor's income, (b) the identity of any person responsible with the Debtor for the support of any dependent, and (c) the identity of any person

who contributed, and the amount contributed, to the household in which Debtor resides.

**TRUSTEE RECOMMENDATION**
The Chapter 13 Trustee represents that the plan complies with the provisions of the U.S.C. §1325 and recommends confirmation.

/s/ REBECCA A. HERR
Chapter 13 Trustee

cc:

TAYLORE A. M. HUMPHRIES
5639 BELLE AVE.
GWYNN OAK, MD  21207
*Debtor*

ERIC S STEINER, ESQUIRE
PO BOX 17598
BALTIMORE, MD  21297
*Attorney for Debtor*

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*

All Creditors and Parties of interest.

**END OF ORDER**